UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. WELCH,<br><br>    Plaintiff,<br><br>  v.<br><br>FAECHER, et al.,<br><br>    Defendants. | CASE NO. CV 09-8216-GW (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed without prejudice.

  DATED: February 3, 2011.

*[signature: George H. Wu]*

       GEORGE H. WU
       UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA09CV08216GW-J.wpd